**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 10-cr-00246-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGIE NICHOLSON-HERNANDEZ,

    Defendant.

---

**ORDER EXONERATING BOND**

---

This court has granted a government motion to voluntarily dismiss the charges against the defendant. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 7th day of February, 2013.

                        **BY THE COURT:**

                        */s/ Robert E. Blackburn*
                        Robert E. Blackburn
                        United States District Judge